Case 3:20-cv-00756   Document 1-2   Filed 08/05/20   Page 2 of 2   Page ID #13

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JP Hotels, Inc d/b/a Quality Inn Cairo

was received by me on *(date)*   8/18/2020 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Billy Spraggs, Manager   , who is

designated by law to accept service of process on behalf of *(name of organization)* JP Hotels, Inc. d/b/a

Quality Inn Cairo   on *(date)*   8/19/2020 @   xx:9f   2:00 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   8/19/2020

_____
*Server's signature*

Brenda Schiwitz, Process Server
_____
*Printed name and title*

623 State Highway H
Sikeston, Mo  63801
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/19/2020 |
| NAME OF SERVER (PRINT)  Brenda Schwitz | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Billy Spraggs, Manager*

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     *Brenda Schwitz*
                              Date              Signature of Server

_____
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.