# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Deborah Laufer<br>*Plaintiff(s)*<br><br>v.<br><br>JP Hotels, Inc. d/b/a Quality Inn Cairo<br>*Defendant(s)* | Case Number: 3:20-cv-00756-JPG |

## DEFAULT ENTRY BY CLERK

Entry of default pursuant to Federal Rule of Civil Procedure 55(a) has been requested by Plaintiff(s). Because it appears from the court's record that a party has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, default is entered against the following defendant(s): JP Hotels, Inc. d/b/a Quality Inn Cairo

Dated: September 28, 2020

MARGARET M. ROBERTIE, Clerk of Court

By:  *s/Anna Knobeloch*
     Deputy Clerk