## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEborah LAUFER, Individually,** : <br> : <br> : <br> **Plaintiff,** : <br> : Case No. 3:20-cv-00756 <br> **v.** : <br> : <br> **JP HOTELS, INC. d/b/a QUALITY INN** : <br> **CAIRO, a Foreign Corporation,** : <br> : <br> **Defendant.** : <br> _____/ | |

## PLAINTIFF'S NOTICE OF SERVICE

Plaintiff DEBORAH LAUFER ("Plaintiff"), pursuant to the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure and in accordance with Local Rule 55.1(a), hereby certifies that on October 23, 2020, undersigned counsel gave notice of the entry of default to Defendant, JP HOTELS, INC. d/b/a QUALITY INN CAIRO by regular mail sent to Defendant's last known address (*i.e.*, JP HOTELS, INC. d/b/a QUALITY INN CAIRO, c/o Billy Spraggs, 13201 Kessler Rd, IL-3 #57, Cairo, IL 62914).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to Defendant at the address listed below this 23th day of October, 2020:

JP HOTELS, INC. d/b/a QUALITY INN CAIRO
c/o Billy Spraggs
13201 Kessler Rd, IL-3 #57
Cairo, IL 62914

/s/ Kimberly A. Corkill, Esq.

1

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942