UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 3:20-cv-00756 |
| v. : | |
| : | |
| **JP HOTELS, INC. d/b/a QUALITY INN** : | |
| **CAIRO, a Foreign Corporation,** : | |
| : | |
| **Defendant.** : | |
| _____/ | |

**PLAINTIFF'S BILL OF COSTS AND LITIGATION EXPENSES**

Plaintiff hereby submits the following bill of costs and expenses incurred in the instant action. Litigation expenses are awardable pursuant to 42 U.S.C. Section 12205.

Costs
Filing fees                                                                                     $400.00
Process server                                                                               $110.00

Initial investigator                                                                           $650.00

Total costs and expenses are $1,160.00.

Respectfully submitted,

/s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

EXHIBIT J

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942



**Stewart & Associates, Inc.**

50 W. Douglas Street, Stewart Centre, Suite 1200, Freeport, IL 61032

Phone: (815) 235-3807 x117     Fax: (815) 235-1290

**KIMBERLY CORKILL**

CORKILL LAW FIRM, LLC
7 N COYLE STREET
PENSACOLA, FL, 32502     Telephone: (850) 375-3475   Fax:

## Invoice# 5169
## Date of Invoice: 08/20/2020

**Plaintiff:** DEB

**Case Number:** 1:20 CV 04593     **Firm #:**     **Return Date:** 08/30/2020

**Court:** UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**Process Server:** OUTSIDE SERVER

**Process Type:** SUMMONS AND COMPLAINT

| Defendant: #1 | QUALITY INN CAIRO | Type Of Service: |
|---|---|---|
| Person Served: | | Date Of Service: |
| Sex | Age     Height     Build | Hair Color     Race |
| Type Of Premise: | | |

**Location:**     13201 Kessler Rd IL-3 #57 ,Cairo, Illinois, 62914

| Delivery Charge | Total |
|---|---|
| $110.00 | $110.00 |

Total          $110.00
Amount Received      $0.00
**Balance Due     $110.00**

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
PAYABLE UPON RECEIPT, 2% PER MONTH**

**DANIEL PEZZA**                                                                                      INVOICE
PO Box 432
Odessa, Fl 33556

INVOICE #13181
DATE: 6/7/2020

**TO:**

Thomas Bacon Law Office
644 N MC Donald Street
Mount Dora, FL 32757

**PROPERTY ADDRESS:**
Quality Inn Cairo I-57 IL
13201 Kessler Rd, IL-3 #57, Cairo, IL 62914

6.7.20   Review www.expedia.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.            (0.15)

6.7.20   Review www.hotels.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.            (0.20)

6.7.20   Review www.booking.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.            (0.15)

6.7.20   Review www.orbitz.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the

hotel are accessible, gives a list of amenities and features at hotel.         (0.20)

6.7.20   Review www.priceline.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.         (0.20)

6.7.20   Review www.agoda.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.         (0.15)

6.7.20   Perform internet search to ascertain the identity of all websites utilized by the hotel for online reservations system.  (0.60)

6.7.20   Draft a report based on screenshots and findings.  (1.15)

6.7.20   Correspondence to Attorney Bacon.  (0.45)

3.25 HRS @ $200.00/HR<br>TOTAL $650.00