# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Deborah Laufer<br>*Plaintiff(s)*<br><br>v.<br><br>JP Hotels, Inc.<br>*Defendant(s)* | Case Number:  3:20-cv-00756-JPG |

## **NOTICE**

**TO**: JP Hotels, Inc.

You are notified that a Bill of Costs has been filed in this action. These costs will be adjusted and taxed by this office pursuant to Federal Rule of Civil Procedure 54(d) on February 11, 2021.  Objections to these costs, if any, shall be filed on or before this date pursuant to SDIL-LR 54.2.

Dated: January 28, 2021

MARGARET M. ROBERTIE, Clerk of Court

By:     *s/Anna Knobeloch*
           Deputy Clerk